**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

Dennis Kennedy,

        Plaintiff,

v.                              Case No.  3:07-cv-1136-J-25TEM

Commissioner of Social Security,

        Defendant.
_____/

## NOTICE OF DESIGNATION UNDER LOCAL RULE 3.05

Please take notice that, in accordance with Local Rule 3.05, this action is designated as a Track ONE Case. Plaintiff is responsible for serving a copy of this notice and any attachment to this notice upon all other parties. All parties must meet any requirements established in Local Rule 3.05 for cases designated on this track.

                                                    SHERYL L. LOESCH, CLERK

                                         By:  /s/ *Paula Goins*
                                                    Deputy Clerk

Date:  December 11, 2007

Distribution:
      -Copies to plaintiff(s) (including habeas petitioner(s), bankruptcy appellant(s),
          and removing defendant(s))